**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION at LEXINGTON**


**CIVIL ACTION NO. 07-146-KSF**

**MARVA FAYE DUNN HAMPTON, et al**                                    **PLAINTIFF**


**V.**                                        **ORDER**


**AIG LIFE INSURANCE COMPANY**
**and BANK OF THE MOUNTAINS**                                    **DEFENDANTS**

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

The Court, having been advised that this matter has been resolved, hereby

ORDERS that this action is DISMISSED WITHOUT PREJUDICE and STRICKEN

from the active docket.  The parties shall TENDER an agreed order dismissing

this case with prejudice within thirty (30) days from the entry of this order.  The

Court retains jurisdiction over the settlement agreement and incorporates its

terms herein.  The Court will entertain a motion to redocket this action upon

application to the Court within thirty (30) days from the entry of this order if the

settlement is not consummated.

This 16th day of July, 2007.



Signed By:

*Karl S. Forester*  KSF
**United States Senior Judge**